```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
---

Jo Ann M. Mariano.,

      vs.                                  Civil No. 1:01-CV-681

Utica Municipal Housing Authority, et al.

---

**ORDER AND JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

    The Court has been advised by counsel that this action is settled and the terms of same having been dictated for the record in chambers on July 5, 2005 at Utica, New York. Therefore, it is not necessary that this action remain upon the calendar of the Court.

    **IT IS ORDERED** that the above entitled action is hereby dismissed with prejudice and pursuant to Local Rule 47.3 the plaintiff is hereby assessed juror costs in the amount of $1,000.00 which is due upon receipt of the settlement check made payable to Clerk, U.S District Court, 100 S. Clinton Street, Syracuse, New York 13260. The Court retains complete jurisdiction to vacate this Order and to reopen the action should it be deemed that further litigation is necessary.

    **IT IS FURTHER ORDERED** that the Clerk shall forthwith serve copies of this Judgment by electronic mail upon the attorneys for the parties appearing in this action.

    Dated this 5th, day of July, 2005 at Utica, New York.

                                           _____
                                              United States District Judge

Case 1:01-cv-00681-DNH-RFT   Document 82   Filed 07/05/05   Page 2 of 2